UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**NATHAN LINDELL**
    **Plaintiff,**

  **v.**                                         **Civil Action No.  08-229 (PLF)**

**LANDIS CONSTRUCTION CO., ET AL.**

    **Defendants.**

**ENTRY OF APPEARANCE**

The Clerk will enter the appearance of the undersigned as counsel for Defendants.

.

-----------/s/-------------------------------------
Joel P. Bennett, Bar No. 145227
Law Offices of Joel P. Bennett, P.C.
1208 Eton Court, NW
Washington, D.C. 20007-3239
202-625-1970
202-625-1973-facsimile
e-mail: jbennett@radix.net