UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATHAN LINDELL
    Plaintiff,

v.　　　　　　　　　　　　　　　　　　Civil Action No.  08-229 (PLF)

LANDIS CONSTRUCTION CO., ET AL.

    Defendants.

**DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rule of Civil Procedure 6(b), defendants request 20 days from today, April 16, 2008, to respond to the complaint herein. Plaintiff does not object. Defendants need the additional time because they just retained counsel today. Defendants did not retain counsel and respond to the complaint earlier due to an administrative oversight in their office.

-----------/s/-------------------------------------
Joel P. Bennett, Bar No. 145227
Law Offices of Joel P. Bennett, P.C.
1208 Eton Court, NW
Washington, D.C. 20007-3239
202-625-1970
202-625-1973-facsimile
e-mail: jbennett@radix.net
Attorney for Defendants