AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Nathan Lindell

**SUMMONS IN A CIVIL CASE**

V.

LANDIS CONSTRUCTION CORPORATION,
and ETHAN LANDIS, in his individual capacity
and CHRISTOPHER LANDIS, in his individual
capacity

CASE NUMBER: 1: 08cv229 (PLF)

TO: (Name and address of Defendant)

Ethan Landis
Landis Construction Corporation
7059 Blair Road., NW, Suite 300,
Washington, D.C. 20012

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Denise M. Clark, Esq.
1250 Connecticut Ave, Suite 200
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

FEB 2 5 2008

DATE

*(signature)*
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 03/03/08 @ 2:10 p.m. |
| NAME OF SERVER (PRINT) Alex Hernandez | TITLE Private Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 7059 Blair Road, N.W., Suite 300  Washington, DC 20036

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3/3/08
              Date

Signature of Server  /s/ Alex Hernandez

Address of Server: P.O. Box 18647, Washington, DC 20036

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.