THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATHAN LINDELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LANDIS CONSTRUCTION | ) | 08-229 (PLF) |
| CORPORATION, INC. | ) | |
| and ETHAN LANDIS, | ) | |
| in his official capacity | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT REPORT OF PARTIES' PLANNING MEETING**

Pursuant to Fed. R. Civ.P. 26(f) and LCvR 16, the parties met via telephone conference on May 7, 2008 to confer on the scheduling of this litigation. The meeting was attended by:

>Denise M. Clark, Attorney for Plaintiff Nathan Lindell; and,

>Joel Bennett, Attorney for Defendants Landis Construction Corporation, Ethan Landis and Christopher Landis.

During this telephone meeting Defendants' counsel proposed that this matter be mediated pursuant to LCvR 84. Plaintiff disagrees, and wishes to pursue this litigation in accordance with the dates set forth herein.

1. The Plaintiff proposes that all dispositive motions should be filed by July 25, 2008.

    On May 6, 2008, Plaintiff filed a Motion to Dismiss Defendants' Counterclaim pursuant to Fed.R.Civ.P. 12(b)(6).

2. The Court has set a scheduling conference for May 23, 2008. Plaintiff has no intent to join additional parties. However, Plaintiff would like until May 28th to amend the pleadings.

3. The parties agree that the matter should not be assigned to a magistrate judge.

4. Parties agree that settlement is a realistic possibility in this case.

5. Defendants believe that settlement will be enhanced by the use of the Court mediation program before discovery in this case. Plaintiff believes that mediation will simply delay the time for reaching a settlement. Instead, Plaintiff believes settlement can be completed before the time discovery closes with the proposed scheduling order.

6. Even if the Court grants Plaintiff's dispositive motion the case cannot be resolved by it, but can only narrow the legal issues before it.

7. Pre-discovery disclosures. The parties will exchange pre-discovery disclosures by June 3, 2008, the information required by Fed.R.Civ.P 26(a)(1) LCvR 16.3.

8. Discovery Plan. Defendants propose that discovery not commence until after the mediation. The Plaintiff disagrees and proposes to the Court the following discovery plan:

   Discovery will be needed on the following subjects:
   A. Time sheets for Bill Lindell during calendar year 2005
   B. Payroll for Bill Lindell calendar years 2005 and 2006

   All discovery commenced in time to be completed by July 11, 2008.

   Maximum of 5 interrogatories by each party to any other party.

   Maximum of 6 depositions by Plaintiff and 6 by Defendants. Each deposition shall be limited to a maximum of 4 hours unless extended by agreement of parties.

9. Defendants prefer that discovery does not commence until after the mediation. Plaintiff however proposes that final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

   From Plaintiff by August 1, 2008.

   From Defendants August 1, 2008.

   Parties should have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

   Neither party intends to retain experts.

10. Parties agree that Fed.R.Civ.P 23 does not apply to this action.

11. Parties agree that the trial and/or discovery should not be bifurcated or managed in phases.

12. The pretrial conference is scheduled for August 15, 2008 and parties understand that a trial will take place 30 to 60 days after that conference.

13. The parties agree that the Court should set a firm trial date at the first scheduling conference or provide that a trial date will be set at the pretrial conference.

Date: May 16, 2008

| /s/Denise M. Clark | /s/Joel P. Bennett |
|---|---|
| Denise M. Clark (420480) | Joel P. Bennett (145227) |
| The Law Office of Denise M. Clark, PLLC | Law Offices of Joel Bennett, P.C. |
| 1250 Connecticut Ave, N.W. | 1208 Eton Ct., N.W. |
| Suite 200 | Washington, D.C. 20007-3239 |
| Washington, D.C. 20036 | P:(202) 625-1970/F:(202) 625-1973 |
| P:(202) 293-0015/F:(202) 293-0115 | jbennett@radix.net |
| dmclark@benefitcounsel.com | *Attorney for Defendants* |
| *Attorney for Plaintiff* | |

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATHAN LINDELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LANDIS CONSTRUCTION | ) | 08-229 (PLF) |
| CORPORATION, INC. | ) | |
| and ETHAN LANDIS, | ) | |
| in his official capacity | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Denise M. Clark, certify that on May 16, 2008, a copy of the foregoing *Joint Report of Parties' Planning Meeting* was served via ECF upon Defendants' counsel:

        Joel P. Bennett (145227)
        Law Offices of Joel Bennett, P.C.
        1208 Eton Ct., N.W.
        Washington, D.C. 20007-3239
        P:(202) 625-1970/F:(202) 625-1973
        jbennett@radix.net
        *Attorney for Defendants*

Dated:  May 16, 2008

        Respectfully submitted,

        _____s//Denise M. Clark_____
        Denise M. Clark (420480)
        The Law Office of Denise M. Clark
        1250 Connecticut Ave, N.W.
        Suite 200
        Washington, D.C. 20036
        (202) 293-0015
        dmclark@benefitcounsel.com