UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATHAN LINDELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LANDIS CONSTRUCTION CORP., *et al.*, )<br>)<br>Defendants. )<br> )| Civil Action No. 08-0229 (PLF) |
| CLAUDE ARTHUR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LANDIS CONSTRUCTION CORP., *et al.*, )<br>)<br>Defendants. )<br> )| Civil Action No. 08-0230 (PLF) |

SCHEDULING ORDER

Counsel for the parties in each of these civil actions appeared for a meet and confer status conference on May 23, 2008. Based upon the Rule 16.3 Joint Reports submitted to the Court and the representations of counsel, it is hereby ORDERED that

    1.    With the consent of the parties, these two civil actions are hereby consolidated for discovery and other pretrial purposes.

    2.    Any motion to amend the pleadings or join additional parties shall be made by May 28, 2008.

   3. Discovery shall be completed by August 29, 2008.  Counsel must resolve all discovery disputes or bring them to the Court's attention in a timely manner so as to allow sufficient time for the completion of discovery by this date.

   4. Each party is limited to a maximum of 25 interrogatories to any other party.  Responses to all interrogatories are due 30 days after service.

   5. Each party is limited to a maximum of 10 depositions.

   6. Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure shall be made by June 3, 2008.

   7. Counsel are required to confer in good faith in an effort to resolve all discovery disputes before bringing the dispute to the Court.  If counsel are unable to resolve the discovery dispute, counsel shall arrange a telephone conference with the Court by contacting chambers.  Counsel shall not file a discovery motion without a prior conference with the Court and opposing counsel.

   8. A further status conference is scheduled for September 4, 2008 at 9:30 a.m.

   9. Counsel are expected to evaluate their respective cases for settlement purposes. Submission to alternative dispute resolution, e.g., mediation or neutral evaluation, is encouraged and is available by request of the Court at any time, as is a settlement conference before a magistrate judge.  If the case settles in whole or in part, plaintiff's counsel shall advise the Court by promptly filing a stipulation.

   10. Counsel are reminded to comply with Local Civil Rule 7(m), which requires counsel to confer on all nondispositive motions prior to filing them with the Court.  See

LCvR 7.  The party filing the motion shall include in its motion a statement that the required

discussion occurred and a statement as to whether the motion is opposed.

        SO ORDERED.

                                                            _____/s/_____
                                                            PAUL L. FRIEDMAN
                                                            United States District Judge

DATE:  May 27, 2008