UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATHAN LINDELL, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 08-0229 (PLF) |
| LANDIS CONSTRUCTION CORP., *et al.*, | ) | |
| Defendants. | ) | |
| CLAUDE ARTHUR, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 08-0230 (PLF) |
| LANDIS CONSTRUCTION CORP., *et al.*, | ) | |
| Defendants. | ) | |

MEDIATION REFERRAL ORDER

Upon consideration of matters raised in open Court on May 23, 2008, the parties agree that these civil actions should be promptly referred to mediation. With the consent of the parties, it is hereby ORDERED that

1. These matters are referred for mediation to commence May 27, 2008.

2. Upon receipt of this Order, counsel shall contact the Court's Alternative Dispute Resolution Program at (202) 216-7350.

3. The Clerk of the Court shall promptly furnish a copy of this Order to the Circuit Executive who shall designate a mediator.

      4.      Counsel and the parties, including persons with settlement authority, shall attend each mediation session.

      5.      Mediation shall conclude on or before August 29, 2008.

      6.      If the case settles in whole or in part, counsel shall promptly advise the Court of the settlement by filing a stipulation.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: May 27, 2008