THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATHAN LINDELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LANDIS CONSTRUCTION | ) | 08-229 (PLF) |
| CORPORATION, INC. | ) | |
| and CHRISTOPHER LANDIS | ) | |
| and ETHAN LANDIS, | ) | |
| in their individual and official capacities | ) | |
| | ) | |
| Defendants. | ) | |

## **PLAINTIFF'S CONSENT MOTION FOR AN EXTENSION OF TIME TO COMPLETE DISCOVERY**

With the consent of all parties, Plaintiff hereby moves that this Court grant an extension of the deadline to complete Discovery from August 29, 2008 until September 30, 2008. Correspondingly, Plaintiff requests that the Status Conference scheduled for Thursday, September 4, 2008 be rescheduled for Thursday, October 9, 2008, or such date as the Court deems appropriate after October 2, 2008.

Dated: August 7, 2008

Respectfully submitted,

    /s/ Denise M. Clark
Denise M. Clark (420480)
The Law Office of Denise M. Clark
1250 Connecticut Ave, N.W.
Suite 200
Washington, D.C. 20036
(202) 293-0015
dmclark@benefitcounsel.com

Case 1:08-cv-00229-PLF     Document 14     Filed 08/08/2008     Page 2 of 2

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATHAN LINDELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LANDIS CONSTRUCTION | ) | 08-229 (PLF) |
| CORPORATION, INC. | ) | |
| and CHRISTOPHER LANDIS | ) | |
| and ETHAN LANDIS, | ) | |
| in their individual and official capacities | ) | |
| | ) | |
| Defendants. | ) | |

**STATEMENT OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S
CONSENT MOTION FOR AN EXTENSION OF DATE DISCOVERY CLOSES**

Pursuant to Federal Rule 6(b)(1), Plaintiff, Nathan Lindell, provides the following Statement of Points and Authorities in Support of his Consent Motion to Extend Time to File Discovery.

1. Mediation took place on July 30, 2008 and as the parties were unable to reach settlement, a 30 day extension is necessary to schedule depositions.

2. Due to the litigation schedule of Plaintiff's counsel, depositions noticed prior to the commencement of mediation cannot be scheduled before the week of September 15, 2008.

3. Seeing no prejudice to its case, Defendants consent to Plaintiff's Request for additional time to extend discovery.

4. Plaintiff and Defendants have conferred about the deposition dates and times, and expect to conclude all remaining discovery within the requested extended time period.

5. Correspondingly, Plaintiff's Counsel and Defendants' Counsel have conferred and request that the Court reschedule the September 4, 2008 status conference for a date after October 2, 2008.

**WHEREFORE**, Plaintiff respectfully requests that this Court enter an Order Extending the Date Discovery Closes from August 29, 2008 until September 30, 2008, and rescheduling the September 4, 2008 status conference after October 2, 2008.

Dated: August 7, 2008

Respectfully submitted,

    /s/ Denise M. Clark
Denise M. Clark (420480)
The Law Office of Denise M. Clark
1250 Connecticut Ave, N.W.
Suite 200
Washington, D.C. 20036
(202) 293-0015
dmclark@benefitcounsel.com

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATHAN LINDELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LANDIS CONSTRUCTION | ) | 08-229 (PLF) |
| CORPORATION, INC. | ) | |
| and CHRISTOPHER LANDIS | ) | |
| and ETHAN LANDIS, | ) | |
| in their individual and official capacities | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff having filed a motion to extend until September 30, 2008 the date discovery closes, Defendants having consented to the motion; and, the Court finding good cause shown, the Court hereby

**GRANTS** Plaintiff's Motion to Extend the Date Discovery Closes, that discovery in this matter closes on September 30, 2008; and, the Status Conference scheduled for September 4, 2008 will be rescheduled for October __, 2008.

Entered this _____ day of _____, 2008.

_____
Paul L. Friedman

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATHAN LINDELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LANDIS CONSTRUCTION | ) | 08-229 (PLF) |
| CORPORATION, INC. | ) | |
| and CHRISTOPHER LANDIS | ) | |
| and ETHAN LANDIS, | ) | |
| in their individual and official capacities | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I certify that on August 7, 2008, a copy of the foregoing Plaintiff's Motion to Extend Time for Discovery was sent via CM/ECF and electronic mail to:

    Joel P. Bennett
    Law Offices of Joel P. Bennett, P.C.
    1208 Eton Court, NW
    Washington, DC 20007-3239
    202-625-1970-voice
    202-625-1973-fax
    jbennett@radix.net

                                                  /s/
                                      Denise M. Clark (420480)
                                      The Law Office of Denise M. Clark
                                      1250 Connecticut Ave, N.W.
                                      Suite 200
                                      Washington, D.C. 20036
                                      (202) 293-0015
                                      dmclark@benefitcounsel.com